Andre M. Lagomarsino, Esq.
Nevada Bar No. 6711
Parker Scheer Lagomarsino
9555 South Eastern Ave., #210
Las Vegas, NV 89123
Telephone:(702) 383-2864
Facsimile: (702) 383-0065

Attorney for
GGW GLOBAL BRANDS, INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>GGW BRANDS, LLC, *et al*<br>                    Debtor<br><br>GGW GLOBAL BRANDS, INC. as successor in interest to PEPE BUS, LLC,<br>                    Appellant<br><br>v.<br><br>WYNN LAS VEGAS LLC d/b/a WYNN LAS VEGAS; GGW DIRECT, LLC; GGW BRANDS, LLC; GGW EVENTS, LLC,<br>                  Appellees | Case No.:<br><br>Bankruptcy Adv. Case No: 13-01050-MKN<br><br>**[PROPOSED] ORDER STAYING BANKRUPTCY COURT JUDGMENT FOR THREE BUSINESS DAYS** |

This court, having considered the Appellant's **EMERGENCY MOTION FOR TEMPORARY THREE BUSINESS DAY STAY OF BANKRUPTCY COURT ORDER TO PERMIT BRIEFING OF MORE PERMANENT STAY; DECLARATION OF ANDRE LAGOMARSINO,** and finding good cause therefore:

IT IS HEREBY ORDERED:

The ORDER GRANTING MOTION FOR ORDER APPROVING STIPULATION REGARDING RESOLUTION OF REMOVED ACTION, issued by the United States Bankruptcy Court for the District of Nevada on August 29, 2013 in connection with Adversary Case No. 13-01050-MKN, is hereby stayed through Thursday, September 5, 2013 to permit Appellant adequate time to submit a motion and brief for a more permanent stay for consideration by this court.

Dated: August 30, 2013.

_____
JUDGE, U.S. DISTRICT COURT