# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| In re:<br>GGW BRANDS, LLC et al.<br><br>Debtors.<br><hr>GGW GLOBAL BRANDS, INC., as successor in interest to PEPE BUS, LLC,<br><br>Appellant,<br><br>v.<br><br>WYNN LAS VEGAS LLC, d/b/a WYNN LAS VEGAS; GGW DIRECT, LLC; GGW BRANDS, LLC; GGW EVENTS, LLC,<br><br>Appellees. | Case No. 2:13-cv-01586-APG-NJK<br><br>**ORDER ENTERING SANCTIONS AGAINST GGW GLOBAL BRANDS, INC.** |

On May 29, 2014, I entered my *Order Granting Appellee Wynn Las Vegas's Motion for Sanctions* [Docket No. 67] (the "Sanctions Order"). On June 12, 2014, pursuant to the Sanctions Order, Wynn Las Vegas, LLC d/b/a Wynn Las Vegas ("Wynn Las Vegas") filed its brief [Docket No. 68] (the "Brief") in support of sanctions. As set forth in the Brief, Wynn Las Vegas incurred attorneys' fees and costs in the total amount of $108,693.95 as a direct consequence of the filing of the frivolous appeal. In its Brief, Wynn Las Vegas requests that it be awarded double that amount. GGW Global Brands, Inc. ("GGW Global") has not filed any response or other opposition to Wynn Las Vegas's Brief. Based on the arguments set forth in the Brief, good cause exists for entry of the following order.

/ / / /

/ / / /

/ / / /

**THEREFORE, IT IS HEREBY ORDERED** that Wynn Las Vegas is awarded sanctions in the amount of $108,693.95 for the attorneys' fees and costs it has incurred as a direct consequence of the filing of the frivolous appeal.

DATED this 7th day of July, 2014.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE