AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

GGW Global Brands, Inc.
    Appellant

**JUDGMENT IN A CIVIL CASE**

V.

Wynn Las Vegas LLC, et al.,
    Appellees

Case Number: 2:13-cv-01586-APG-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Wynn Las Vegas is awarded sanctions in the amount of $108,693.95 for attorneys' fees and costs it has incurred as a direct consequence of the filing of the frivolous appeal.

| | |
|---|---|
| July 7, 2014 | /s/ Lance S. Wilson |
| Date | Clerk |
| | /s/ Shelly Denson |
| | (By) Deputy Clerk |